UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-10405-GW-MRWx | Date | July 1, 2024 |
|---|---|---|---|
| Title | *Henri Paul Faucher v. General Motors, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Settlement [31] was filed on June 28, 2024. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for August 29, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss/notice of dismissal is filed by noon on August 26, 2024.

: 

Initials of Preparer    JG