JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY PAUL FAUCHER,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC, et al.,<br><br>Defendants. | Case No.  CV 23-10405-GW-MRWx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the Joint Motion to Dismiss [33], filed on August 19, 2024, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 19, 2024



_____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE